Daniel P. Larsen, OSB No. 943645
E-mail:     dpl@aterwynne.com
ATER WYNNE LLP
1331 NW Lovejoy Street, Suite 900
Portland, Oregon 97209-3280
Telephone:   503/226-1191
Fax:         503/226-0079

Attorneys for Skyward Construction, Inc.

FILED
FEB 10 2011

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SKYWARD CONSTRUCTION, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER ROGERS, an Individual; and ROGERS CONSULTING AND CONSTRUCTION, INC., an Oregon corporation,<br><br>Defendants. | Case No. 09-CV-211-PK<br><br>(PROPOSED) SUPPLEMENTAL JUDGMENT AGAINST DEFENDANTS CHRISTOPHER ROGERS AND ROGERS CONSULTING AND CONSTRUCTION, INC. |

Having come before the Court on Plaintiff Skyward Construction, Inc.'s ("Skyward") Application for Supplemental Judgment Against Defendants Christopher Rogers and Rogers Consulting and Construction, Inc. (collectively, "Defendants"), and the Court being fully advised herein based upon the allegations in the Complaint, the prior Judgment entered on May 11, 2009 (the "Judgment"), and the facts supported by the Declaration of Daniel P. Larsen, the Court finds that the Judgment against Defendants shall be supplemented and amended; and

(PROPOSED) SUPPLEMENTAL JUDGMENT AGAINST DEFENDANTS          Page 1

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

1117727/2/DPL/104385-0002

**SUPPLEMENTAL JUDGMENT IS HEREBY ORDERED** in favor of Skyward against Defendants as follows:

1. Christopher Rogers is jointly and severally liable to Skyward for additional compensatory damages in the amount of $86,232.38, which shall accrue post-judgment interest from the date of this Supplemental Judgment at the rate of .28% per annum until paid in full;

2. Rogers Consulting and Construction, Inc. is jointly and severally liable to Skyward for additional compensatory damages in the amount of $86,232.38, which shall accrue post-judgment interest from the date of this Supplemental Judgment at the rate of .28% per annum until paid in full;

3. The post-judgment interest rate in the Judgment shall be amended, *nunc pro tunc*, to .5% per annum.

DATED this 9th day of February, 2011.

By: _____
Anna J. Brown
U.S. District Court Judge

**SUBMITTED BY:**

ATER WYNNE LLP

By:  /s/ Daniel P. Larsen
Daniel P. Larsen, OSB No. 943645
E-mail: dpl@aterwynne.com
Tel: 503/226-1191; Fax: 503/226-0079
Attorneys for Plaintiff Skyward Construction, Inc.

(PROPOSED) SUPPLEMENTAL JUDGMENT AGAINST DEFENDANTS                    Page 2

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

1117727/2/DPL/104385-0002